IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NELSON A. PEREZ,**

    **Petitioner,**

  **v.**                                    **Case No. 2:04-cv-980**
                                              **JUDGE FROST**
**JEFFREY WOLFE, Warden,**          **MAGISTRATE JUDGE KEMP**

    **Respondent.**

                                                **CASE NO. 2:05-cv-00071**
                                                **JUDGE FROST**
                                                **MAGISTRATE JUDGE KEMP**

## OPINION AND ORDER

On November 22, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that this consolidated petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Doc. No. 22. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

                                                               /s/   Gregory L. Frost
                                                               GREGORY L. FROST
                                                               United States District Judge